■ STEVEN HERBERT, Respondent, v EASTERN WAREHOUSE, INC., et al., Appellants. [987 NYS2d 281]—Appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered November 28, 2012. The order, among other things, denied the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ In the Matter of LISA DiFRANCESCO et al., Respondents, v COUNTY OF NIAGARA et al., Appellants, et al., Respondents. [987 NYS2d 280]—Appeals from a judgment (denominated order) of the Supreme Court, Niagara County (Matthew J. Murphy, III, A.J.), entered February 28, 2013 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.

■ THOMAS ROCHE, Appellant, v J. THOMAS SPIER, Respondent. [987 NYS2d 280]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 13, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.